**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DESZE ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:17-cv-07815 |
| | ) | |
| vs. | ) | Honorable Judge Andrea R. Wood. |
| | ) | |
| WESTHILL EXCHANGE, LLC, and TIMOTHY GRANT, | ) ) | Honorable Magistrate Judge Daniel G. Martin |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiff Desze Adams through his attorneys Edelman, Combs, Latturner & Goodwin, LLC, hereby informs this Court that the parties have reached a settlement which will resolve the case in its entirety. Plaintiff expects to complete the settlement within the next 60 days and file a Notice of Dismissal with prejudice. Plaintiff requests that this Court strike all pending dates.

Respectfully submitted,

s/Patricia N. Jjemba
Patricia N. Jjemba

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
Patricia N. Jjemba
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
Phone No.: (312) 739-4200
Facsimile No.: (312) 419-0379

## **CERTIFICATE OF SERVICE**

      I, Patricia N. Jjemba, hereby certify that on December 20, 2017, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, which caused to be served a true and accurate copy of such filings via email upon all parties of record.

s/Patricia N. Jjemba<br>Patricia N. Jjemba

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
Patricia N. Jjemba
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
Phone No.: (312) 739-4200
Facsimile No.: (312) 419-0379